

**NUMBER 13-16-00701-CR**

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**DAVID STRICKLAND,** **Appellant,**

**v.**

**STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 36th Judicial District Court
of San Patricio County, Texas.**

---

# ORDER ABATING APPEAL

### Before Justices Contreras, Benavides, and Longoria
### Order Per Curiam

Currently pending before the Court is "Appellant's Motion to Reverse and Render Based Upon Insufficient Evidence and to Vacate the Conviction and Seek Immediate Release" and the response thereto filed by appellee.[1]   Appellant has requested that this

---

[1]   Appellant's emergency motion to compel the State to file its response under seal is rendered moot by this abatement.

Court file the motions under seal based on the sensitive information contained within. *See* TEX. R. APP. P. 9.10(g) (referring to what materials can be sealed in appellate courts).

Due to the nature of the request, we ABATE the appeal and REMAND this matter to the trial court. We request that the trial court conduct a hearing to ascertain if any of the information contained within the appellant's pending motion requires the motion to be filed under seal with this Court. The trial court shall conduct this hearing within twenty days from the issuance of this order and make findings in regard to appellant's request. The trial court shall then file a supplemental reporter's and clerk's record containing its findings. All additional motions will be CARRIED WITH THE CASE pending further order of the Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 15th
day of November, 2018.

2